THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RAMOS, Appellant. [46 NYS3d 906]—Appeal by the defendant from an order of the County Court, Rockland County (Nelson, J.), dated July 3, 2012, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

In establishing a defendant's risk level under the Sex Offender Registration Act (*see* Correction Law art 6-C; hereinafter SORA), the People bear the burden of establishing, by clear and convincing evidence, the facts supporting the determinations sought (*see* Correction Law § 168-n [3]).

Contrary to the defendant's contention, the County Court properly assessed 10 points under risk factor 12 (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 15-16 [2006]). The defendant's post-plea statement to the Probation Department—which is contained in the presentence investigation report and, therefore, constitutes admissible hearsay evidence for SORA purposes (*see People v Picari-*

*ello,* 145 AD3d 804 [2016]; *People v Lucius,* 122 AD3d 819 [2014]; *People v Crandall,* 90 AD3d 628, 629 [2011])—provided clear and convincing evidence that the defendant had not genuinely accepted responsibility for his conduct (*see People v Benitez,* 140 AD3d 1140, 1140-1141 [2016]; *People v Thompson,* 95 AD3d 977, 978 [2012]; *People v Murphy,* 68 AD3d 832, 833 [2009]). Mastro, J.P., Chambers, Maltese and Duffy, JJ., concur.